MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA B. KANE (CSBN 150630)
Chief, Criminal Division

ROBIN L. HARRIS (CSBN 123364)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7016
    Facsimile:  (415) 436-7234

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-0278 EMC |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** [Proposed] |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES MURRAY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION

It is hereby stipulated by and between Plaintiff, the United States of America, and Defendant, James Murray, that the status conference in the above-captioned case shall be continued from May 9, 2012 until May 16, 2012 at 2:30 p.m. to accommodate a scheduling conflict of the Assistant United States Attorney.  The parties further stipulate that the time from May 9, 2012 through May 16, 2012 shall be excluded from the Speedy Trial Act for the effective preparation of counsel.

DATED: May 1, 2012


_____/s/_____                              _____/s/_____
EDWARD SWANSON                        ROBIN L. HARRIS
Attorney for defendant                  Assistant United States Attorney

**ORDER** [Proposed]

The parties having so stipulated and good cause appearing, IT IS HEREBY ORDERED that the status conference in the above-captioned matter is continued from May 9, 2012 until May 16, 2012 at 2:30 p.m. It is further ordered that the time from May 9, 2012 through May 16, 2012 is excluded from the Speedy Trial Act for the effective preparation of counsel.

IT IS SO ORDERED.

Honorable E
United S

