1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   MARC H. AXELBAUM (SBN 209855)
2  marc.axelbaum@pillsburylaw.com
   ERICA N. TURCIOS (SBN 271655)
3  erica.turcios@pillsburylaw.com
   Four Embarcadero Center, 22nd Floor
4  San Francisco, CA  94111
   Telephone:     (415) 983-1000
5  Facsimile:     (415) 983-1200

6  Attorneys for Defendant
   JAMES MURRAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES MURRAY, <br><br> Defendant. | Case No. CR 12-0278 EMC <br><br> STIPULATION AND [PROPOSED] ORDER CONVERTING DATE OF HEARING ON DEFENDANT'S MOTION TO REVOKE DETENTION ORDER TO STATUS CONFERENCE |

Plaintiff UNITED STATES OF AMERICA and Defendant JAMES MURRAY ("Defendant"), HEREBY STIPULATE, through their undersigned counsel, as follows:

1. WHEREAS on February 8, 2013, Magistrate Judge Maria-Elena James specially appointed Marc H. Axelbaum for the limited purpose of advising Defendant regarding certain conflicts of interest the government had stated in a letter to the Court that Defendant allegedly had with his retained counsel, Garrett J. Zelen (Dkt. 96);

2. WHEREAS on February 27, 2013, the government moved to disqualify Mr. Zelen as counsel for Defendant (Dkt. 99);

704234430v2

- 1 -

STIP. AND PROP. ORDER CONVERTING DATE OF
HEARING ON DEF.'S MOT. TO REVOKE DETENTION
ORDER TO STATUS HEARING
CR 12-0278 EMC

1     3.     WHEREAS on March 6, 2013, the Court held a hearing on the Government's motion to disqualify Mr. Zelen;

4. WHEREAS on March 11, 2013, the Court issued a written order disqualifying Mr. Zelen (Dkt. 103, p.9);

5. WHEREAS on March 19, 2013, Magistrate Judge Cousins specially appointed Marc H. Axelbaum for the limited purpose of advising Defendant in completing a Financial Declaration in Support of Request for Attorney Under the Criminal Justice Act ("CJA-23 Form");

6. WHEREAS on April 29, 2013, Judge Cousins found Defendant eligible for appointed counsel and appointed Mr. Axelbaum as Defendant's attorney (Dkt. 107);

7. WHEREAS, Mr. Axelbaum has until recently only been appointed for limited purposes in this case and has accordingly not previously attempted to get fully up to speed on the merits of the matter, including regarding the Defendant's Motion to Revoke Magistrate Judge's Order Revoking Defendant's Release on Bond and for *de novo* Review of the Order (Dkt. 89, "Motion to Revoke"), which was previously set for hearing on May 8, 2013;

8. WHEREAS Defendant and the government have agreed to convert the May 8, 2013 hearing on the Motion to Revoke to a status conference and continue the hearing on the Motion to Revoke to a date to be set at the May 8 conference;

THEREFORE, Plaintiff and Defendant respectfully request that the Court convert the May 8, 2013 hearing on Defendant's Motion to Revoke to a status conference and continue the hearing on Defendant's Motion to Revoke to a date to be determined at the status conference.

704234430v2     STIP. AND [PROP.] ORDER CONVERTING DATE OF HEARING ON DEF.'S MOT. TO REVOKE DETENTION ORDER TO STATUS CONFERENCE
CR 12-0278 EMC

| | | |
|---|---|---|
| 1 | Dated: May 3, 2013 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 2 | | MARC H. AXELBAUM |
| | | ERICA N. TURCIOS |
| 3 | | Four Embarcadero Center, 22nd Floor |
| | | San Francisco, CA 94111 |

By  /s/ Marc H. Axelbaum
   Attorneys for Defendant JAMES MURRAY

Dated: May 3, 2013

MELINDA HAAG
United States Attorney
450 Golden Gate Avenue
San Francisco, CA 94102

By  /s/ Robin L. Harris
   Robin L. Harris
   Assistant United States Attorney

704234430v2

- 3 -  STIP. AND [PROP.] ORDER CONVERTING DATE OF HEARING ON DEF.'S MOT. TO REVOKE DETENTION ORDER TO STATUS CONFERENCE
CR 12-0278 EMC

# [PROPOSED] ORDER

Based on good cause shown in the foregoing Stipulation, the Court hereby converts the hearing on the Motion to Revoke Detention Order ("Motion") set for May 8, 2013, at 2:30 p.m, to a status conference; and (2) continues the hearing on the Motion to a date to be determined at the May 8 status conference.

IT IS SO ORDERED.

Dated: May 6, 2013

_____
Honorable Edward M. Chen
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

704234430v2

- 4 -

STIP. AND [PROP.] ORDER CONVERTING DATE OF HEARING ON DEF.'S MOT. TO REVOKE DETENTION ORDER TO STATUS CONFERENCE
CR 12-0278 EMC