1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   MARC H. AXELBAUM (SBN 209855)
2  marc.axelbaum@pillsburylaw.com
   ERICA N. TURCIOS (SBN 271655)
3  erica.turcios@pillsburylaw.com
   Four Embarcadero Center, 22nd Floor
4  San Francisco, CA 94111
   Telephone:    (415) 983-1000
5  Facsimile:    (415) 983-1200

6  Attorneys for Defendant
   JAMES MURRAY

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12

13  _____
                                        )
14  UNITED STATES OF AMERICA,           )   Case No. CR 12-0278 EMC
                                        )
15                     Plaintiff,       )
                                        )   STIPULATION AND [PROPOSED]
16        vs.                           )   ORDER FOR TEMPORARY RELIEF
                                        )   CONCERNING ARREARAGE AT
17  JAMES MURRAY,                       )   HALFWAY HOUSE
                                        )
18                     Defendant.       )
                                        )
19  _____ )

20        Plaintiff UNITED STATES OF AMERICA and Defendant JAMES MURRAY,

21  through their undersigned counsel, and UNITED STATES PRETRIAL SERVICES,

22  through its Deputy Chief, HEREBY STIPULATE, as follows:

23        1.      WHEREAS following his release to the halfway house on July 19, 2013,

24  Defendant's brother paid for most of Defendant's stay for July and August, 2013 but has

25  not yet paid for September 2013;

26        2.      WHEREAS Defendant is in arrears to the halfway house and, because of the

27  arrearage, is in imminent danger of eviction;

28

704819577v4

1     3.    WHEREAS Defendant was found eligible for appointed counsel on April

2    29, 2013 (Dkt. 107), and in or about mid-August 2013, federal funding for alternatives to

3    detention for indigent defendants became available;

4     4.    WHEREAS Pretrial Services has asked that Defendant seek at least partial

5    contribution from Defendant's family to cover the cost of the halfway house;

6     5.    WHEREAS the parties agree that Pretrial Services will pay the halfway

7    house all amounts in arrears for Defendant to prevent Defendant from being evicted;

8     6.    WHEREAS the parties do not waive any objections or arguments they may

9    have concerning the respective obligations of the Court, Pretrial Services, Defendant and

10   his family members to pay for the halfway house;

11    THEREFORE, Pretrial Services, Defendant and the government respectfully request

12  that the Court temporarily modify Defendant's bond conditions to permit Pretrial Services

13  to pay to Geo Care, LLC the amount necessary to cover the arrearage for Defendant's stay

14  at the halfway house and for the cost of future expenses, until further order of the Court.

15

16  Dated: September 30, 2013       PILLSBURY WINTHROP SHAW
                               PITTMAN LLP

17                       MARC H. AXELBAUM
                       Four Embarcadero Center, 22nd Floor

18                       San Francisco, CA 94111

19

20                       By  /s/ Marc H. Axelbaum
                          Attorneys for Defendant JAMES

21                         MURRAY

22  Dated: September 30, 2013       SILVIO LUGO
                       California Northern Pretrial Services

23                       450 Golden Gate Avenue
                       San Francisco, CA 94102

24

25                       By  /s/ Silvio Lugo
                         Silvio Lugo

26                       Deputy Chief, U.S. Pretrial Services Officer

27

28

704819577v4

STIPULATION AND [PROPOSED] ORDER
FOR TEMPORARY RELIEF CONCERNING
ARREARAGE AT HALFWAY HOUSE
CR 12-0278 EMC

1   Dated: September 30, 2013                MELINDA HAAG
                                             United States Attorney
2                                            450 Golden Gate Avenue
                                             San Francisco, CA 94102
3

4                                            By   /s/ Robin L. Harris
                                             Robin L. Harris
5                                            Assistant United States Attorney

6

7   **ATTESTATION:** Pursuant to General Order 45, Part X-B, the filer attests that concurrence

8   in the filing of this document has been obtained from each of the signatories.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

704819577v4

STIPULATION AND [PROPOSED] ORDER
FOR TEMPORARY RELIEF CONCERNING
ARREARAGE AT HALFWAY HOUSE
CR 12-0278 EMC

1                              [PROPOSED] ORDER

2         Based on the foregoing Stipulation, the Court temporarily modifies Defendant's

3 bond conditions to permit Pretrial Services to pay to Geo Care, LLC the amount necessary

4 to cover the arrearage for Defendant's stay at the halfway house and for the cost of future

5 expenses, until further order of the Court. All prior orders concerning Defendant's release

6 conditions remain in effect until further order of the Court.

7         IT IS SO ORDERED.

8 Dated: ~~September~~ October 3 , 2013

9                 Honorable Edward M. Chen
                 UNITED STATES DISTRICT JUDGE

APPROVED

Judge Edward M. Chen

704819577v4

STIPULATION AND [PROPOSED] ORDER
FOR TEMPORARY RELIEF CONCERNING
ARREARAGE AT HALFWAY HOUSE
CR 12-0278 EMC